1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Respondents

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  OVIDIO ALFARO,                    )    No. 08-CV-F-1467 LJO WMW
                                     )
10      Petitioner,                  )    JOINT STIPULATION AND ORDER RE:
                                     )    DISMISSAL.
11  v.                               )
                                     )
12  Michael Chertoff, Secretary of Homeland )
    Security, et al.                 )
13                                   )
        Respondents.                 )
14  _____ )

15

16      This is an immigration habeas case in which Petitioner filed to challenge his detention by

17  U.S. Immigration and Customs Enforcement (ICE).  On October 16, 2008, Mr. Alfaro was

18  removed.  *See* Attachment A.  Accordingly, the parties hereby stipulate to dismissal of this

19  action.

20      The parties acknowledge the Findings and Recommendations of the Magistrate Judge, issued

21  on October 29, 2008, recommending that the matter be transferred to the Ninth Circuit.  Because

22  the parties are in agreement that Petitioner's removal moots the pending habeas petition, the

23  parties do not take a position on the propriety of such a transfer.

24

25

26

27

28

Respectfully submitted,

Dated: October 29, 2008

McGREGOR W. SCOTT
United States Attorney

By:      /s/Audrey Hemesath
         Audrey B. Hemesath
         Assistant U.S. Attorney
         Attorneys for the Respondents

         /s/ Brent Charles Woodward
         Brent Charles Woodward
         Attorney for the Petitioner

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the matter is dismissed as moot.

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:    November 5, 2008          /s/ Lawrence J. O'Neill**
                          UNITED STATES DISTRICT JUDGE

-2-